IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE,<br><br>    Petitioner,<br><br>  vs.<br><br>K. CHAPPELL, Warden,<br><br>    Respondents. | No. C 12-06539 EJD (PR)<br><br>ORDER OF TRANSFER |

Petitioner, a California prisoner at the San Quentin State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his 2001 state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Sacramento County which lies within the venue of the

Order of Transfer
06539Moore_transfer.wpd

1  Eastern District of California.  See 28 U.S.C. 84(b).[1]

2  Accordingly, the above-titled action is hereby TRANSFERRED to the United

3  States District Court for the Eastern District of California.  See 28 U.S.C. §§ 1404(a),

4  2241(d); Habeas L.R. 2254-3.

5  The Clerk shall transfer this matter and terminate any pending motions.

7  DATED:  1/28/2013

EDWARD J. DAVILA
United States District Judge

---

[1] It also appears that this is a successive petition, as a prior petition was filed in the Eastern District regarding the same conviction.  See Moore v. Horel, Civ S-02-0007 JAM DAD.

Order of Transfer
06539Moore_transfer.wpd                 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case Number CV 12-06539 EJD (PR)

THOMAS EUGENE MOORE,

**CERTIFICATE OF SERVICE**

        Petitioner,

vs.

K. CHAPPELL, Warden,

        Respondents

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/28/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Thomas Eugene Moore**
D-62389
San Quentin State Prison
San Quentin, CA 93960

DATED: _____1/28/2013_____
                                   Richard W. Wieking, Clerk
                                   /s/By: Elizabeth Garcia, Deputy Clerk